1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSAN BULLOCK,<br><br>                                    Plaintiff,<br><br>vs.<br><br>J.C. PENNEY COMPANY, INC., a Foreign Corporation; MOOREFIELD CONSTRUCTION INC., a Foreign Corporation; BLACK & WHITE CORPORATIONS; ABC AND XYZ PARTNERSHIPS, and DOES I-X, inclusive,<br><br>                                    Defendants. | CASE NO.  3:14-cv-00551-LRH-WGC<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, SUSAN BULLOCK, and Defendants, J.C. PENNEY COMPANY, INC., and MOOREFIELD CONSTRUCTION, INC., by and through their

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

respective counsel, and hereby stipulate that the above-entitled matter may be dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

| DATED this 7th day of December, 2015.<br><br>THE DIGESTI LAW FIRM<br><br>BY: *// Laurence P. Digesti //*<br>Laurence P. Digesti, Esq.<br>State Bar No. 88<br>485 W. Fifth Street<br>Reno, Nevada 89503<br>ATTORNEY FOR PLAINTIFF<br>SUSAN BULLOCK | DATED this 7th day of December, 2015.<br><br>THORNDAL ARMSTRONG<br>DELK BALKENBUSH & EISINGER<br><br>By: *// Katherine F. Parks //*<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd #B<br>Reno, Nevada 89509<br>ATTORNEY FOR DEFENDANT<br>J.C. PENNEY COMPANY, INC. |
|---|---|

DATED: this 7TH day of December, 2015.

BREMER WHYTE BROWN & O'MEARA

By: *// Jared Christensen //*
Jared G. Christensen, Esq.
State Bar No. 11538
1160 N. Town Center Drive,
Suite 250
Las Vegas, NV 89144
ATTORNEY FOR DEFENDANT
MOOREFIELD CONSTRUCTION, INC.

**ORDER**

IT IS SO ORDERED this 15th day of December, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

- 2 -